IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| THE LANE CONSTRUCTION CORPORATION, | ) <br> ) CIVIL ACTION <br> ) <br> ) NO. 13-CV-167 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| TAYLOR AND MURPHY CONSTRUCTION COMPANY, INC., | |
| Defendant. | |

## CONSENT JUDGMENT

By consent of the parties as indicated by the authorized signatures of their counsel below, this Court enters judgment in favor of Plaintiff, The Lane Construction Corporation ("Lane"), and against Defendant, Taylor and Murphy Construction Company, Inc., on Count One of Lane's Complaint in this action. This Court awards damages to Lane in the amount of $6,693,288.09 plus attorneys' fees under the contract in the amount of $183,337.50 for a total of $6,876,625.59. Post-judgment interest pursuant to 28 U.S.C. § 1961 shall accrue on the judgment amount of $6,876,625.59 from the date of entry of judgment.

Consented to by Plaintiff and Defendant through counsel:

*/s/ Philip E. Beck*

Philip E. Beck, TN BPR #009345
William L. Baggett, Jr., TN BPR # 012558
SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Ave. N.E.
Atlanta, Georgia 30303-1227
Phone: (404) 582-8028
Fax: (404) 688-0671
Email: pebeck@smithcurrie.com; wlbaggett@smithcurrie.com
*Counsel for The Lane Construction Corporation*

*/s/ Steven J. Grabenstein*

Steven J. Grabenstein, TN BPR #009974
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 N. Market Street
Asheville, North Carolina 28801
Phone: (828) 258-2991
Fax: (828) 257-2773
Email: sgrabenstein@vwlawfirm.com
*Counsel for Taylor and Murphy Construction Company, Inc.*

*/s/ Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY